IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ALEX MCNEIL,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MAINE PRESQUE ISLE<br><br>    Defendant. | Case No.:<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

### Introduction

**COMES NOW** the Plaintiff, Alexander McNeil, and brings this complaint against the Defendant, the University of Maine at Presque Isle ("the University"), for failing to provide required accommodations for his documented learning disabilities, mismanaging student funds, making significant errors in Plaintiff's financial accounts, failing to maintain an adequate online learning platform, and obstructing Plaintiff's academic appeals, all in violation of federal and state laws.

Specifically, the University failed to provide legally mandated accommodations for Plaintiff's documented disabilities, including ADHD, dyslexia, and dyscalculia, as required under the **Americans with Disabilities Act ("ADA")**, **Section 504 of the Rehabilitation Act**, and the **Maine Human Rights Act**. These failures resulted in Plaintiff's inability to succeed in several courses, causing failing grades that have

lasting adverse impacts on Plaintiff's academic transcript, professional reputation, and future opportunities.

Additionally, the University misappropriated funds and made errors in Plaintiff's financial accounts, including issuing a Federal Student Loan refund of $2,314.00 on November 11, 2024, and subsequently retroactively reducing the amount to $814.00 without explanation. When Plaintiff inquired about this discrepancy, the University denied issuing the initial refund, depriving Plaintiff of funds critical to managing academic and living expenses and causing further financial harm.

The University also failed to maintain its online learning platform, Brightspace, which prematurely shut down during Plaintiff's attempts to submit final assessments. This technical failure deprived Plaintiff of a fair opportunity to complete his coursework and further contributed to his academic challenges.

Finally, the University obstructed Plaintiff's academic appeals process by denying him the opportunity to present his case to the appeals committee, despite initially scheduling a hearing for Plaintiff to address the failures of the Brightspace platform and related grade appeals. The appeals committee's premature decision to deny Plaintiff's appeal violated his right to a fair and impartial process.

As a result of these failures, Plaintiff seeks damages, equitable relief, reimbursement for the total amount of his Federal Student Loan funds, and compensation for litigation costs incurred in resolving this matter. Plaintiff further requests the right to retake affected courses at no additional cost, immediate removal of all derogatory grades caused by the University's failures from his academic transcript, and injunctive relief to

ensure adequate maintenance of the Brightspace platform and compliance with federal and state laws regarding disability accommodations.

This action is brought under the **ADA**, **Section 504 of the Rehabilitation Act**, the **Maine Human Rights Act**, and **Maine state law**.

### Jurisdiction and Venue

This action is filed in the District Court, Presque Isle, in the State of Maine. Venue is proper in this district pursuant to 14 M.R.S. § 501, as the events giving rise to this action occurred in Presque Isle, Maine. This Court has jurisdiction over this matter under 4 M.R.S. § 152, which grants jurisdiction to the District Court for civil actions arising under Maine law. Additionally, Plaintiff raises federal claims under the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.) and Section 504 of the Rehabilitation Act (29 U.S.C. § 794), over which this Court has concurrent jurisdiction pursuant to 28 U.S.C. § 1331.

### Parties

- Plaintiff: Alexander McNeil, a senior student at the University of Maine at Presque Isle, has documented learning disabilities, including attention deficit hyperactivity disorder (ADHD), dyslexia, and dyscalculia.
- Defendant: University of Maine at Presque Isle, a public university with obligations under federal and state laws to accommodate students with disabilities and to maintain adequate access to its online learning platform, Brightspace, for all enrolled students.

## Factual Background

### 1. Enrollment and Notice of Disabilities

The Plaintiff is a senior enrolled at the University of Maine at Presque Isle. During the 2024 summer and fall terms, Plaintiff informed the University of his federally protected learning disabilities, including ADHD, dyslexia, and dyscalculia, and requested reasonable accommodations.

### 2. Failure to Accommodate

Despite Plaintiff's notification and requests for accommodations, the University failed to provide any accommodations for Plaintiff's disabilities. As a direct result, Plaintiff was unable to succeed in several courses, which led to failing grades.

### 3. Failure to Maintain Brightspace Platform

The University conducts online classes through Brightspace, an online learning platform that is essential for students' academic performance. The Defendant has a legal obligation to provide an adequate learning environment by maintaining this online platform. However, during Plaintiff's attempts to submit his final assessments, Brightspace shut down prematurely, preventing submission before the scheduled deadline. The University's failure to maintain the platform deprived Plaintiff of a fair opportunity to complete his coursework.

### 4. Notification and Appeal Process Obstruction:

Plaintiff promptly notified his professors and university officials of the platform shutdown and subsequently initiated a grade appeal in accordance with the University's established process. Plaintiff was invited to present his case before the appeals committee and was scheduled to do so. However, hours before the scheduled hearing, Plaintiff received emails from committee members indicating that they would be voting to deny

his appeal without allowing him the opportunity to present his case after the invitation to do so.

### 5. Impact of University's Failures on Plaintiff's Future

The University's failures to provide legally mandated accommodations and to maintain the Brightspace platform have had profound, lasting consequences on Plaintiff's academic transcript, which now reflects several failing grades. These derogatory grades will severely affect Plaintiff's future in the following ways:

- Professional and Employment Opportunities: Many employers review academic transcripts as part of the hiring process, particularly in fields that require advanced knowledge or skills. The failing grades resulting from the University's actions unjustly create an impression of poor academic performance, which could limit Plaintiff's job prospects, salary potential, and career advancement.

- Graduate and Professional School Admissions: Graduate and professional programs typically have rigorous admissions requirements, often including high academic performance. The failing grades on Plaintiff's transcript will put him at a distinct disadvantage when applying for these programs, reducing his chances of acceptance and impacting his ability to further his education and career.

- Reputational Harm and Academic Record: Academic records are often viewed as a testament to a student's dedication and abilities. Failing grades that were the result of the University's negligence may follow Plaintiff throughout his career, creating undue harm to his reputation and undermining his hard work and commitment.

These long-term effects are a direct consequence of the University's failure to meet its legal obligations, and without prompt intervention, Mr. McNeil will face ongoing and unwarranted setbacks in his academic and professional life.

### 6. Causes of Action

**Count I: Violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq.**

Under Title II of the ADA, a public educational institution is required to provide reasonable accommodations to students with documented disabilities. Plaintiff's documented learning disabilities qualify him for such accommodations under the ADA. Defendant failed to provide the accommodations necessary to ensure Plaintiff's equal access to educational programs, services, and activities, as required by law. This failure caused Plaintiff to receive failing grades and suffer academic and professional harm, depriving him of equal opportunities.

**Count II: Violation of Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794**

Section 504 prohibits discrimination against individuals with disabilities in programs receiving federal financial assistance. Defendant, as a recipient of federal funding, failed to provide reasonable accommodations for Plaintiff's disabilities, thereby excluding him from equal educational opportunities. This violation directly contributed to Plaintiff's academic failures and their long-term consequences.

**Count III: Violation of the Maine Human Rights Act ("MHRA"), 5 M.R.S. § 4551 et seq.**

The MHRA protects individuals with disabilities from discrimination in educational settings. Defendant failed to provide reasonable accommodations as required under the MHRA, depriving Plaintiff of the ability to participate fully in his education. Defendant's actions constitute a violation of Plaintiff's rights under the MHRA and have caused significant academic and professional harm.

Count IV: Financial Mismanagement and Harm

Defendant breached its fiduciary and administrative duties by misappropriating student funds and mishandling Plaintiff's financial accounts, resulting in significant financial harm. Specifically:

On November 11, 2024, Defendant issued Plaintiff a refund of $2,314.00, which was communicated to Plaintiff as his Federal Student Loan refund. Subsequently, Defendant's financial department denied issuing this amount and retroactively reduced the refunded amount to $814.00 without proper explanation.

This retroactive reduction caused Plaintiff severe financial hardship, as he relied on the initial refund amount to manage his academic and living expenses.

Defendant's actions in mishandling student funds, failing to provide transparency, and refusing to honor the original refund amount represent financial mismanagement, negligence, and a breach of its administrative obligations.

Plaintiff seeks the full refund of the total Federal Student Loan amount issued to him and reimbursement for all litigation costs incurred in recovering the amounts due.

**Count V: Breach of Duty to Provide Adequate Online Learning Platform (Under Maine State Law)**

Defendant has a legal and contractual duty to maintain a reliable online learning environment for students enrolled in its programs. Defendant failed to maintain its

Brightspace platform, which prematurely shut down during Plaintiff's attempts to submit final assessments, preventing him from completing required coursework. This breach deprived Plaintiff of a fair opportunity to succeed academically, directly causing failing grades and harming Plaintiff's academic record.

### Count VI: Due Process Violation (Under Maine State Law)

Defendant denied Plaintiff procedural fairness during the academic appeals process by refusing to allow him to present his case to the appeals committee after initially scheduling a hearing. This obstruction violated Plaintiff's reasonable expectation of a fair and impartial process, as required under Maine law and Defendant's own policies. Defendant's actions caused significant harm to Plaintiff's academic record and future opportunities.

### 7. Damages and Relief Sought

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Enter judgment in favor of Plaintiff and against Defendant on all counts.

2. Order Defendant to refund the total Federal Student Loan amount issued to Plaintiff and compensate for the financial harm caused by the mismanagement of Plaintiff's financial account, including the unjustified reduction in refund amounts and any resulting financial hardship.

3. Award compensatory damages to Plaintiff for emotional distress, academic losses, and other harm resulting from Defendant's discriminatory actions, failure to accommodate, financial mismanagement, and procedural violations.

4. Require Defendant to provide reasonable accommodations to which Plaintiff is entitled under the **Americans with Disabilities Act ("ADA")**, **Section 504 of the Rehabilitation Act**, and the **Maine Human Rights Act ("MHRA")**, and ensure these accommodations are implemented promptly.

5. Issue injunctive relief requiring Defendant to maintain an adequate and reliable online platform to prevent future disruptions for online students.

6. Direct Defendant to allow Plaintiff to retake the affected classes at no additional cost, with all necessary accommodations provided in accordance with Plaintiff's documented disabilities.

7. Require Defendant to immediately remove all derogatory grades resulting from its failure to provide accommodations and to maintain the Brightspace platform from Plaintiff's academic transcript, preventing further negative impact on Plaintiff's future employment and educational opportunities.

8. Grant Plaintiff reasonable attorneys' fees, costs, and expenses as permitted under federal and state laws, and require reimbursement for all litigation costs incurred in resolving this matter.

9. Provide any other relief as the Court deems just and appropriate.

## 8. Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

Dated:

Respectfully submitted on:  11/14/2024

VERIFICATION

I,            , hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury.

Dated:  11/14/2024

By:
Attorney for the Plaintiff