UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALEX MCNEIL, | ) |
|       Plaintiff | ) ) ) |
| v. | )   1:24-cv-00408-SDN ) |
| UNIVERSITY OF MAINE PRESQUE ISLE, | ) ) ) |
|       Defendant | ) |

**ORDER SETTING SETTLEMENT CONFERENCE**

It is hereby <u>ORDERED</u> that this matter be set for a settlement conference to be held before U.S. Magistrate Judge John C. Nivison.  The settlement conference will be held remotely via videoconference on Monday, January 13, 2025, commencing at 8:30 a.m.

It is <u>FURTHER</u> <u>ORDERED</u> that counsel appear with their clients and insurance representatives at such time and be fully authorized to accomplish settlement of the case and be prepared to engage in effective settlement negotiations.

The parties shall each submit to Judge Nivison, **on or before January 6, 2025,** an <u>in camera</u> statement, <u>no more than eight pages in length</u>, setting forth their respective settlement positions concerning all issues involved in the case, setting forth a detailed articulation of the rationale for such position.  The parties shall also submit as part of the <u>in camera</u> statement a realistic estimate of anticipated attorneys fees and costs in the event of trial to final judgment.  **The**

**statements are not to be provided to the opposing side and shall be sent via email to MaineECFIntake@med.uscourts.gov.**

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 20th day of December, 2024.